IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDAL McKISSICK,

        Petitioner,                      No. CIV S-11-0154 GGH P

   vs.

T.L. GONZALES, Warden,

        Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner is presently incarcerated at California Men's Colony in San Luis Obispo County. He is serving a sentence for a conviction rendered by the Kern County Superior Court.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, the petitioner is challenging the denial of his parole and his place of incarceration occurred in an area covered by the District Court for the Central District of California. Accordingly, in the furtherance of justice, IT IS HEREBY

/////

1 ORDERED that this matter is transferred to the United States District Court for the Central
2 District of California.  Id. at 499 n.15; 28 U.S.C. § 2241(d).
3 DATED: February 22, 2011

                                                              /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:mp
mcki0154.108a